UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Chanel, Inc.,

                      Plaintiff,          CV-06-3372(CPS)(SMG)

      - against -                    ORDER

Xiao Feng Ye, d/b/a WholesaleCentral.com
d/b/a/ Replicas2Go d/b/a Ash Designer
Handbags d/b/a ReplicaHandbagsPlus d/b/a
AshHandbags

                      Defendants.

----------------------------------------X

      No objections to the Report and Recommendation of Magistrate Judge Gold dated August 14, 2007, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by October 3, 2007, a proposed judgment and a proposed order for injunctive relief consistent with Magistrate Judge Gold's Report and Recommendation.

      The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

      SO ORDERED.

Dated :   Brooklyn, New York
         September 11, 2007

                                                s/Hon. Charles P. Sifton
                                                United States District Judge