UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

CHANEL, INC., a New York corporation,

                      Plaintiff,              CV-06-3372(CPS)(SMG)

    - against -                       PERMANENT INJUNCTION
                                              AND FINAL DEFAULT
XIAO FENG YE,                           JUDGMENT AGAINST
d/b/a WHOLESALECENTRAL.COM, d/b/a     DEFENDANT XIAO FENG
REPLICAS2GO d/b/a ASH DESIGNER       YE
HANDBAGS, d/b/a REPLICAHANDBAGSPLUS
d/b/a ASHHANDBAGS, and DOES 1-10

                      Defendants.

----------------------------------------X

    THIS CAUSE having come before the Court on Plaintiff Chanel, Inc.'s ("Chanel") Motion for Final Default Judgment, and the Court being otherwise duly advised in the premises, and by Order dated September 11, 2007, having adopted the Report and Recommendation of Magistrate Judge Gold, does hereby:

    ORDER AND ADJUDGE that Final Default Judgment is hereby granted in favor of the Plaintiff and against the Defendant Xiao Feng Ye d/b/a WholesaleCentral.com d/b/a Replicas2Go d/b/a Ash Designer Handbags d/b/a ReplicaHandbagsPlus d/b/a AshHandbags ("Ye") on all Counts; and

    IT IS FURTHER ORDERED AND ADJUDGED:

1.    Pursuant to 15 U.S.C. § 1117(c) Chanel is awarded statutory damages against Defendant Ye, in the amount of One Hundred and Twenty Thousand Dollar ($120,000.00), for which let execution issue;

2. Pursuant to 15 U.S.C. § 1117(a) Chanel is awarded costs against Defendant Ye in the amount of Three Hundred and Fifty Dollars ($350.00), for which let execution issue;

3. Interest from the date of judgment shall accrue at the legal rate; and

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Ye is hereby restrained and enjoined from, knowingly and intentionally:

(a) manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks;

(b) using the Chanel Marks in connection with the sale of any unauthorized goods;

(c) using the Chanel Marks and the Chanel Trade Dress to falsely advertise the services or products of WholesaleCentral.com, Replicas2Go, Ash Designer Handbags, ReplicaHandbagsPlus, Ash Handbags, and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel;

(d) falsely representing herself as being connected with Chanel, through sponsorship or association;

(e) using the Chanel Marks and Chanel Trade Dress to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of WholesaleCentral.com, Replicas2Go, Ash Designer Handbags, ReplicaHandbagsPlus, Ash

Handbags, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Chanel;

(f) using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by WholesaleCentral.com, Replicas2Go, Ash Designer Handbags, ReplicaHandbagsPlus, Ash Handbags, and/or any other website or business, including, without limitation, handbags, watches, scarves, jewelry, necklaces, bracelets, earrings, and hair accessories; and

(g) affixing, applying, annexing or using in connection with the sale of any goods, the Chanel Marks and the Chanel Trade Dress to falsely describe or represent WholesaleCentral.com, Replicas2Go, Ash Designer Handbags, Replica Handbags Plus, Ash Handbags, and/or any other website or business, goods as being those of Chanel, or in any way endorsed by Chanel.

Dated: Brooklyn, New York
October 4, 2007

By: s/Hon. Charles P. Sifton
United States District Judge